# UNITED STATES DISTRICT COURT
## DISTRICT OF _____

**FILED**
JAN 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Eric K. Conklin

Plaintiff

V.

BOP

Defendant

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 07 0155

I, __ERIC KAVE CONKLIN__, declare that I am the (check appropriate box)
☒ Petitioner/plaintiff/movant    ☐ Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore. I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In support of this application. I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __FCI-BECKLEY, BEAVER, WEST VIRGINIA__

   Are you employed at the institution? __YES__    Do you receive any payment from the Institution? __YES__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at lest the past six months' transactions.

2. Are you presently employed?    ☐ Yes    ☒ No

   a. If the answer is "yes," state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of your take home salary or wages and pay period and the name and address of your last employer.
   __OCTOBER, 2000, approx. $1500.00 WEEKLY, STATESVILLE, NC__

3. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession or other of self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

**RECEIVED**
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have any cash or checking or savings account? ☐ Yes  ☒ No

   If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                            SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ~~62388~~ 1.41 CR. on account to his/her credit at (name of institution) FCI BECKLEY

I further certify that the applicant has the following securities to his/her credit   N/A

_____. I further certify that the past six months the applicant's average balance was   623.88* TOTAL RECEIPTS
SEE PAGE A-1   AVG MONTHLY BAL. $7.82
AVG NET INCOME $77.48

12-23-06                        [signature]
DATE                            SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT