FILED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eric K. Conklin,
    Plaintiff,

v.

Civil Action No. 07 0155

United states Bureau of Prisons,
    Defendant.

### MOTION FOR DISCOVERY
### PURSUANT TO CIVIL ACTION UNDER
### TITLE 5 U.S.C. §552a

    Plaintiff has concurrently filed with this Motion for Discovery, a Petition for Civil Action under Title 5 U.S.C. §552a against the United States Bureau of Prisons. For the purposes of prosecuting said action, it is necessary for Plaintiff to obtain certain documents and records currently in the possession of United States government agencies and/or Federal Courts.

    As such, Plaintiff request that the Court order the United States to deliver to Plaintiff copies of the following documents and/or records:

    1.    United States Bureau of Alcohol, Tobacco, Firearms

4

and Explosives case agents notes pertaining to the United States v. Eric Kave Conklin, Case No. 1:03-CR-00096-001.

2. Transcripts from all federal district court hearings related to the United States v. Eric Kave Conklin, Case No. 1:03-CR-00096-001.

3. United States Probation Officer's notes related to the United States v. Eric Kave Conklin, Case No. 1:03-CR-00096-001.

4. Any and all records within the files of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives related to Eric Kave Conklin and any firearm that may be related to him or personal identifier assigned to his name.

Respectfully submitted this the 25 day of December, 2006.

Eric K. Conklin, Pro Se
Reg.#19393-058
FCI-Beckley
P.O. Box 350
Beaver, WV 25813

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the fore-

(2)

going Motion for Discovery has been mailed, postage prepaid, to Mr. Christopher Erlewine, General Counsel for the Bureau of Prisons, located at, Home Owners Loan Corporation Building, 320 First Street NW, Washington, DC 20534, and that same has been placed in the inmate mail system at FCI-Beckley on this the 25 day of December, 2006.

Eric K. Conklin, Pro Se

(3)