IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERIC K. CONKLIN, Pro Se,       )
          Plaintiff,           )
                               )
                               )
v.                             )    Civil Action No. 1:07-cv-00155RBW
                               )
                               )
                               )
UNITED STATES BUREAU OF PRISONS,)
          Defendant.           )


## MEMORANDUM IN SUPPORT OF PROPOSED ORDER


COMES NOW Plaintiff, Eric K. Conklin, Pro Se, and respect-fully requests this Honorable Court order Defendant to produce the discovery materials requested in Plaintiff's Motion for Discovery filed January 22, 2007, with this Court, within 20 days.


Local Rule of Civil Procedure 7(b) requires that within 11 days of the date of service, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such memorandum is not filed within the pre-scribed time, the Court may treat the motion as conceded.


As of the date of this Memorandum in Support, Plaintiff has received no motion in opposition, nor has Plaintiff received any direction from the Court extending the filing date for said opposition motion.

Enclosed, as required by Local Rule of Civil Procedure 7(c), is Plaintiff's proposed Order for the Court.

As shown in said Order, Plaintiff requests that this Honorable Court order the following:

1. That the record show that the Defendant, by not filing any opposition motion in a timely manner, concedes to Plaintiff's Motion for Discovery; and,

2. that the Defendant and others, as detailed in the proposed Order, produce to Plaintiff, the requested discovery materials within 20 days of the issuance of the proposed Order.

Respectfully submitted this 14ᵗʰ day of February, 2007.

ERIC K. CONKLIN, Pro Se
Reg.# 19393-058
FCI-Beckley
P.O. Box 350
Beaver, WV 25813

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Memorandum in Support of Proposed Order and Proposed Order has been placed in the inmate mail system at FCI-Beckley postage prepaid, addressed to Mr. Christopher Erlewine, General Counsel for the U.S. Bureau of Prisons, Home Owners Loan Corporation Building, 320 First Street, NW, Washington, DC 20534, on this the 14ᵗʰ day of February, 2007.

ERIC K. CONKLIN, Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ERIC K. CONKLIN,          )
     Plaintiff,        )
                    )
                    )
v.                 )     Civil Action No.1:07-cv-00155RBW
                    )
                    )
                    )
UNITED STATES BUREAU OF PRISONS,)
     Defendant.        )

## ORDER

Plaintiff submitted a Motion for Discovery pursuant to civil action under Title 5 §552a, dated December 26, 2006, and filed with this Court on January 22, 2007.

Local Rule of Civil Procedure 7(b) requires that within 11 days of the date of service, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such memorandum is not filed within the pre-scribed time, this Court may treat the motion as conceded. No motion in opposition was filed with this Court within the pre-scribed time frame. Accordingly, it is this _____ day of February, 2007,

ORDERED that:

    1.  The record show that the Defendant has, in fact, conceded and does not oppose Plaintiff's Motion for Discovery.

2.  The United States Bureau of Alcohol, Tobacco, Firearms and Explosives produce to Plaintiff all case agents notes pertaining to the United States v. Eric K. Conklin, Case No. 1:03-CR-00096-001.

3.  The United States District Court Clerk of Court for the Western District of Virginia, Abingdon Division produce to Plaintiff all federal district court transcripts pertaining to the United States v. Eric K. Conklin, Case No. 1:03-CR-00096-001.

4.  The United States Probation Department produce to Plaintiff all notes and records pertaining to United States v. Eric K. Conklin, Case No. 1:03-CR-00096-001.

5.  The United States Bureau of Alcohol, Tobacco, Firearms and Explosives produce to Plaintiff any and all records within their files related to Plaintiff or a personal identifier assigned to Plaintiff that associate Plaintiff with any firearm.

_____
United States District Judge