UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC K. CONKLIN,<br>No. 19393-058<br>FCI - Beckley<br>P.O. Box 350<br>Beaver, WV 25813<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. BUREAU OF PRISONS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-155 (RBW)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE**

    Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

                                                         Respectfully submitted,

                                                         /s/ Darrell C. Valdez
                                                  DARRELL C. VALDEZ, D.C. BAR # 420232
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th St., N.W., Civil Division
                                                  Washington, D.C.  20530
                                                  (202) 307-2843

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Notice of Entry of Appearance to be served by first class mail upon *pro se* plaintiff at:

Eric K. Conklin
No. 19393-058
FCI - Beckley
P.O. Box 350
Beaver, WV 25813

on this 20th day of March, 2007.

      /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney