UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERIC K. CONKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-155 (RBW) |
| | ) | |
| U.S. BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME TO
RESPOND TO COMPLAINT**

The Defendant, United States Bureau of Prisons, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a thirty (30) day enlargement of time up to and including April 25, 2007, to respond to the Complaint in the above-captioned matter. In support of its motion, Defendant respectfully states as follows:

1. Plaintiff, a *pro se* prisoner, filed the present complaint against the Bureau of Prisons under the Privacy Act, 5 U.S.C. § 552a *et seq.*, alleging that the Defendant has failed to maintain accurate records in its files regarding Plaintiff's criminal conviction. Complaint at 4.

2. Defendant's response to the Complaint is currently due Monday, March 26, 2007.

3. Counsel for the Defendant is still gathering the agency's files in this matter and anticipates filing a dispositive motion. However, due to the press of other matters, including preparing an appellate Reply brief in Jinks-Umstead v. Winters, Nos. 06-5089 and 06-5186 (Consolidated), an Opposition to a Motion to Compel and a Motion to Impose Filing Restrictions in Clemmons v. Department of Justice, 06cv305 (RCL); a Motion for Partial Judgment on the Pleadings in Tolbert-Smith v. Bodeman, 06cv1216 (RWR); a Reply memorandum in Dage v.

Johnson, 04-0221 (JGP); and extensive discovery and motions in the consolidated matters of Ascom Hasler Mailing Systems, Inc.v. USPS, 00cv1401, Neopost, Inc. v. USPS, 00cv2089, and FrancoTyp Postalia, Inc. v. USPS, 01cv804 (PLF), counsel was unable to timely prepare the responsive pleading.

  4. By filing this motion for enlargement of time, Defendant does not waive any defenses available to it under Fed. R. Civ. P. 12(b), including lack of personal and subject matter jurisdiction, improper venue, and failure to state a claim upon which relief may be granted.

  5. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

  Wherefore, for all of the foregoing reasons, Defendant respectfully requests a thirty (30) day enlargement of time up to and including April 25, 2007 to file its response to Plaintiff's Complaint.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any **nonprisoner** *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

## **CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to Respond to the Complaint to be served by first class mail upon *pro se* plaintiff at:

Eric K. Conklin
No. 19393-058
FCI - Beckley
P.O. Box 350
Beaver, WV 25813

on this 20th day of March, 2007.

          /s/ Darrell C. Valdez
         DARRELL C. VALDEZ
         Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. CONKLIN,        Plaintiff,        v.        U.S. BUREAU OF PRISONS,        Defendant. | Civil Action No. 07-155 (RBW) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of March, 2007, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which Defendant shall file its response to the Complaint in this matter is enlarged to April 25, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE