UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. CONKLIN,<br><br>      Plaintiff,<br><br>   v.<br><br>U.S. BUREAU OF PRISONS,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-155 (RBW)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

    The Defendant, United States Bureau of Prisons, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a twenty-one (21) day enlargement of time up to and including May 21, 2007, to respond to the Complaint in the above-captioned matter. In support of its motion, Defendant respectfully states as follows:

    1.    Plaintiff, a *pro se* prisoner, filed the present complaint against the Bureau of Prisons under the Privacy Act, 5 U.S.C. § 552a *et seq.*, alleging that the Defendant has failed to maintain accurate records in its files regarding Plaintiff's criminal conviction. Complaint at 4.

    2.    On April 2, Defendant filed a Motion to Dismiss, asserting that the Court lacks subject matter jurisdiction to hear Plaintiff's complaint; Plaintiff's complaint fails to state a claim on which relief can be granted; and the complaint fails to state a claim for relief pursuant to the Privacy Act.

    3.    Plaintiff filed an opposition to Defendant's Motion on April 18, 2007. Defendant's Reply is currently due Monday, April 30, 2007.

    4.    Due to the press of other matters, including preparing an Opposition and Cross-

Motion for Summary Judgment in Takeda Pharmaceuticals Co. LTD v. Dudas, 06cv1640 (TFH); a Reply brief in Smith v. United States, 06cv633 (RBW); extensive discovery in Rochon v. FBI, 03cv958 (RCL); appellate filings in the consolidated matters of Ascom Hasler Mailing Systems, Inc.v. USPS, 00cv1401, Neopost, Inc. v. USPS, 00cv2089, and FrancoTyp Postalia, Inc. v. USPS, 01cv804 (PLF); and preparing for trial in Czekalski v. Mineta, 02cv1403 (DAR), counsel is unable to timely prepare the responsive pleading.

     5.    Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Wherefore, for all of the foregoing reasons, Defendant respectfully requests a thirty (30) day enlargement of time up to and including May 21, 2007 to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

---

[1]    Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any **nonprisoner** *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Reply Plaintiff's Opposition to Defendant's Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

Eric K. Conklin
No. 19393-058
FCI - Beckley
P.O. Box 350
Beaver, WV 25813

on this 24th day of April, 2007.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. CONKLIN, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 07-155 (RBW) |
| U.S. BUREAU OF PRISONS, | ) |
|       Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of April, 2007, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which Defendant shall file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is enlarged to May 21, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE