UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC K. CONKLIN, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-0155 (RBW)
)
UNITED STATES BUREAU OF PRISONS, )
)
Defendant. )

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. # 12] is GRANTED. It is further

ORDERED that plaintiff's motion for discovery [Dkt. #4] is DENIED as moot. It is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date: September 24, 2007