UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC K. CONKLIN, </br></br> Plaintiff, </br></br> v. </br></br> U.S. BUREAU OF PRISONS, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-155 (RBW) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANT'S OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION FOR RECONSIDERATION**

The Defendant, United States Bureau of Prisons, opposes Plaintiff's "Motion for Enlargement of Time in Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.CR.P. Rule 59(e)," and respectfully states as follows:

1. Plaintiff, a *pro se* prisoner, filed the a complaint against the Bureau of Prisons under the Privacy Act, 5 U.S.C. § 552a *et seq.*, alleging that the Defendant has failed to maintain accurate records in its files regarding Plaintiff's criminal conviction. Complaint at 4.

2. On April 2, Defendant filed a Motion to Dismiss, asserting that the Court lacks subject matter jurisdiction to hear Plaintiff's complaint; Plaintiff's complaint fails to state a claim on which relief can be granted; and the complaint fails to state a claim for relief pursuant to the Privacy Act.

3. Plaintiff filed an opposition to Defendant's Motion on April 18, 2007, and the Defendant filed a Reply Memorandum on May 9, 2007.

4. Subsequently to the briefing by the parties, Plaintiff filed numerous supplemental memoranda, including a Supplemental Pleading (Dkt. No. 17), a Second Supplemental Pleading

(Dkt. No. 19), a Third Supplemental Pleading (Dkt. No. 20), and a Reply to Defendant's Response to Third Supplemental Pleading (Dkt. No. 22), in which he argued his position to this Court.

5. On September 25, 2007, the Court entered a Memorandum and Opinion (Dkt. No. 23) and an Order (Dkt. No. 24) granting Defendant's Motion to Dismiss. The Court found that the Inmate Central Records System, which contains the records sought by Plaintiff to be amended, as well as the Plaintiff's custody classification were exempt by the Bureau of Prisons from the amendment provisions of the Privacy Act; and that Plaintiff is barred from monetary damages for any alleged failure to maintain accurate records. Memorandum and Opinion (Dkt. No. 23) at 6-9. The Court entered judgment in favor of Defendant on September 25, 2007.

6. Pursuant to Fed. R. Civ. P. 59(e), Plaintiff had 10 days from the entry of the Judgment – to October 9, 2007 – to file a Motion for Reconsideration, or to Alter or Amend the Judgment. Fed. R. Civ. P. 59(e).

7. On October 25, 2007, Plaintiff filed a "Motion for Enlargement of Time in Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.CR.P. Rule 59(e)." Dkt. No. 25.

8. Federal Civil Rule 6(b) expressly exempts Rule 59(e) motions from the District Court's authority to grant enlargements of time. Fed. R. Civ. P. 6(b). Accordingly, because District courts do not have the discretion given by Fed.R.Civ.P. 6(b) to enlarge the Rule 59(e) period, this Court cannot grant Plaintiff's Motion to enlarge, and any Motion for Reconsideration filed by Plaintiff is untimely. Derrington-Bey v. District of Columbia Dept. of Corrections, 39 F.3d 1224, 1225 (D.C. Cir. 1994) (citing Center for Nuclear Responsibility, Inc. v. United States

Nuclear Regulatory Comm'n, 781 F.2d 935, 941 (D.C.Cir.1986)).

Wherefore, for all of the foregoing reasons, Defendant respectfully requests that this Court deny Plaintiff's "Motion for Enlargement of Time in Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.CR.P. Rule 59(e).

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Defendant's Opposition to Plaintiff's Motion to Enlarge Time to File Motion for Reconsideration to be served by first class mail upon *pro se* plaintiff at:

Eric K. Conklin
No. 19393-058
FCI - Beckley
P.O. Box 350
Beaver, WV 25813

on this 6th day of November, 2007.

      /s/ Darrell C. Valdez
      DARRELL C. VALDEZ
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. CONKLIN, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-155 (RBW) |
| | ) |
| U.S. BUREAU OF PRISONS, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion for Enlargement of Time in Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.CR.P. Rule 59(e), the Defendant's Opposition thereto, and the fact that Federal Civil Rule 6(b) expressly exempts Rule 59(e) motions from the District Court's authority to grant enlargements of time, it is by the Court this _____ day of November, 2007, hereby

ORDERED that the Motion for Enlargement of Time be and hereby is denied.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE