UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC KAVE CONKLIN, Pro Se )
    Plaintiff, )
 )
 )
v. )  Case No. 07:155(RBW)
 )
 )
 )
U.S. BUREAU OF PRISONS, )
    Defendant. )

RECEIVED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION MOTION

AND NOW comes Plaintiff Eric Kave Conklin in response to Defendant's Opposition to Motion for Enlargement of Time to File Motion for Reconsideration. In support thereof, Plaintiff states the following:

1. Plaintiff reiterates the fact he is pleading pro se; and,

2. That he is a federal prisoner who is limited—ironically enough, by Defendant—in his access to reference materials and tools necessary to prepare a meritorious brief.

3. Plaintiff received this Court's Opinion on September 28, 2007; allowing the statutorily mandated ten (10) days to file a motion under F.R.Civ.P. Rule 59(e), and three (3) days for mailing, his brief was in fact timely filed, as

it was placed in the inmate mail system at FCI Beckley on October 16, 2007. Excluding weekend days, Plaintiff had until Wednesday, October 17, 2007. See **Houston v. Lock**, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

For the reasons stated hereinabove and in Plaintiff's motion requesting an enlargement of time, Plaintiff respectfully moves and urges this Honorable Court grant his Motion Requesting Enlargement of Time, and reconsider the Court's Judgment on his Privacy Act claim after reviewing his Motion for Reconsideration dated October 16, 2007.

Respectfully submitted on this 15 day of November, 2007.

ERIC KAVE CONKLIN, Pro Se
Reg. # 19393-058
FCI Beckley
P.O. Box 350
Beaver, WV 25813

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I, Eric Kave Conklin have mailed a copy of the foregoing Response to Defendant's Opposition Motion to the following:

AUSA Darrell C. Valdez
555 4th St., N.W.
Washington, DC 20530

on this the 15 day of November, 2007.

ERIC KAVE CONKLIN, Pro Se