UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC K. CONKLIN,            )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> UNITED STATES BUREAU OF PRISONS, )<br>                             )<br>          Defendant.         )<br>                             ) | Civil Action No. 07-0155 (RBW) |

## ORDER

This matter is before the Court on plaintiff's "Motion for Enlargement of Time In Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.Cr. P. [sic] 59(e)" filed with an exhibit entitled "Request for Reconsideration."  Defendant correctly states in its opposition that under Rule 6(b) the Court cannot extend the time for filing a motion under Rule 59(e).  *See* Fed. R. Civ. P. 6(b).  However, a motion for reconsideration filed more than 10 days after entry of the order at issue may be treated as a motion for relief from judgment or order under Fed. R. Civ. P. 60(b).  *See, e.g., Computer Prof'ls for Soc. Responsibility v. United States Secret Serv.*, 72 F.3d 897, 903 (D.C. Cir. 1996) ("An untimely motion under Rule 59(e) may be considered as a motion under Rule 60(b) if it states grounds for relief under the latter rule." ); *Lightfoot v. District of Columbia*, 355 F. Supp. 2d 414, 420-21 (D.D.C. 2005) (noting general rule that motion for reconsideration is treated as a 59(e) motion if filed within ten days of entry of challenged order, or as a 60(b) motion if filed thereafter).  The Court will deny plaintiff's motion

for an enlargement of time, direct the Clerk of Court to enter the attached exhibit, entitled "Request for Reconsideration," as a motion for relief from judgment or order under Rule 60(b), and set a deadline for defendant's opposition or other response.

Accordingly, it is hereby

ORDERED that plaintiff's "Motion for Enlargement of Time In Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.CR. P. [sic] 59(e)" [Dkt. # 25] is DENIED and "Defendant's Motion to File a Sur-Reply to Plaintiff's Motion for Enlargement of Time in Which to File Plaintiff's Motion Requesting Reconsideration Pursuant to F.R.CR.P. Rule 59(e)" [Dkt. #28] is GRANTED.  It is further

ORDERED that the Clerk of Court shall docket separately plaintiff's "Request for Reconsideration" as a motion for relief from judgment or order under Rule 60(b) of the Federal Rules of Civil Procedure.  It is further

ORDERED that defendant shall file its opposition or other response to plaintiff's motion for relief from judgment or order within 10 days of its entry on the docket.

SO ORDERED.

_____/s/_____<br>
REGGIE B. WALTON<br>
United States District Judge

Date: November 30, 2007